## Case No. 5,231.

### GARDNER v. LINDO.

[1 Cranch, C. C. 78.] [1]

Circuit Court, District of Columbia. March Term, 1802. [2]

---

[3] [From 8 N. Y. Leg. Obs. 77.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

[2] [Reversed in 1 Cranch (5 U. S.) 343.]

Mr. Mason, for defendant,

Mr. Woodward, for plaintiff.

THE COURT refused to admit the act of limitations to be given in evidence. See [Lindo v. Gardner] 1 Cranch [5 U. S.] 343; [note B., Append.] Id. 462, 465. After verdict for the plaintiff, it was moved, in arrest of judgment, 1st, That debt will not lie on a promissory note. 2d, That it does not appear that letters of administration were granted to the plaintiff. 3d, That the action is in the debet and detinet.

THE COURT, at a subsequent term, decided that debt would lie on a promissory note, and that the other two objections were too late after verdict.